IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARTIN T. FRANCO, JR., | § | |
| TDCJ-CID NO.490569, | § | |
|     Petitioner, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-06-154 |
| | § | |
| DOUG DRETKE, | § | |
|     Defendant. | § | |

ORDER OF DISMISSAL

For the reasons stated in the Opinion on Dismissal entered this date, this civil action is DISMISSED without prejudice to refiling after payment of the entire $250.00 filing fee.

SIGNED at Houston, Texas, on February 1, 2006.


                                                      MELINDA HARMON
                                                      UNITED STATES DISTRICT JUDGE